# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 80
The People &c.,
     Respondent,
   v.
Tramel Cuencas,
     Appellant.

Yvonne Shivers, for appellant.
Sholom J. Twersky, for respondent.

Reargument ordered for a future Court session. Acting Chief Judge Cannataro and Judges Rivera, Garcia, Wilson, Singas and Troutman concur.

Decided October 25, 2022